STATE OF NEW JERSEY, BY DWIGHT R. G. PALMER, SUCCESSOR TO RANSFORD J. ABBOTT, STATE HIGH-WAY COMMISSIONER, PLAINTIFF-APPELLANT, v. JOHN STANKOWITZ, DEFENDANT-RESPONDENT.

Argued October 25, 1954—Decided October 25, 1954.

*Mr. Charles I. Levine* argued the cause for the appellant (*Mr. Grover C. Richman, Jr.,* Attorney-General, *Mr. Andrew A. Salvest,* on the brief).

*Mr. Morris Dobrin,* attorney for respondent.

Per Curiam. The appeal will be dismissed on the ground that the order appealed from is not a final judgment and is one from which an appeal may not be taken as a matter of right.

*For dismissal*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.